is a collective body of persons, who live in one house, and under one head or manager." Webst. Dict. I agree in opinion with the district court, that the bankrupt is not the head of a family, and is not, therefore, entitled to the exemptions allowed the head of a family.

## Case No. 7,464.

JONES v. GREENOLDS.

[1 Cranch, C. C. 339.] [3]

Circuit Court, District of Columbia. July Term, 1806.

Mr. Youngs, for plaintiff,

But THE COURT said, that under the act of assembly (Parl. Papers, 279, § 12), the party who would use such a deposition, must show that the witness is unable to attend, and that the return of the subpoena is not satisfactory evidence to the court of that fact. The fact was then proved by affidavit, and the deposition was read.

## Case No. 7,465.

JONES et al. v. HABERSHAM et al.

[3 Woods, 443.] [1]

Circuit Court, S. D. Georgia. April Term, 1879.[2]

[3] [Reported by Hon. William Cranch, Chief Judge.]

[1] [Reported by Hon. William B. Woods, Circuit Judge, and here reprinted by permission.]

[2] [Affirmed in 107 U. S. 174, 2 Sup. Ct. 338.]